FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 03 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             No. 4:05CR00094 JLH

KELLY R. DLABIK             DEFENDANT

## ORDER

During the sentencing hearing held on Wednesday, May 3, 2006, defendant introduced the attached exhibit indicating the restitution amount had been paid into the registry of the United States District Court Clerk. The amount of the check was $98,486.03. The restitution ordered was $98,420.03. The Clerk is directed to credit the balance of $66.00 to the $100.00 mandatory special assessment fee.

IT IS SO ORDERED this 3d day of May, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT000050
Cashier ID: japige
Transaction Date: 04/04/2006
Payer Name: STEWART TITLE OF ARKANSAS IN
C
------------------------------------
CRIMINAL DEBT
 For: Kelly Dlabik
 Case/Party: D-ARE-4-06-OT-DF0100-001
 Amount:      $98,486.03

CHECK
 Check/Money Order Num: 1001-165316
 Amt Tendered: $98,486.03
------------------------------------
Total Due:      $98,486.03
Total Tendered: $98,486.03
Change Amt:     $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check."

---

**Stewart Title of Arkansas, Inc.**
Escrow Account
11300 Rodney Parham Road
Little Rock, AR 72212
888-734-2749

Metropolitan National Bank
Little Rock, Arkansas 72203

1001-165316

Date 3/29/2006         $ ***$98,486.03

PAY  Ninety Eight Thousand Four Hundred Eighty Six and 03/100 Dollars   Void after 90 days   Two Signatures Required

TO THE ORDER OF  Kristian Nelson and Clerk of the Court, US Court Eastern District of Arkansas

(506) Payment to Clerk of Court per request of Kristian
File : 2060179

⑈1001165316⑈ ⑉082001247⑉: 136875⑈

4:05 CR 0094
Restitution


DEFENDANT'S EXHIBIT