## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                              No. 4:05CR00094 JLH

KELLY R. DLABIK                                                                              DEFENDANT

## ORDER

The defendant has filed a Motion for 90-Day Extension of Time to Report to Bureau of Prisons. The government has responded in opposition to the 90-day extension, but is agreeable to a 45-day extension. The motion (Docket #28) will be granted in part and denied in part. Defendant's reporting date will be extended to *MONDAY, SEPTEMBER 25, 2006, by 2:00 p.m.*

IT IS SO ORDERED this 24th day of July, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE